OPINION — AG — 63 O.S. 1965 Supp., 1-205 [63-1-205], 63 O.S. 1965 Supp., 1-206 [63-1-206], 63 O.S. 1965 Supp., 1-208 [63-1-208], AS AMENDED BY HOUSE BILL NO. 553, OKLAHOMA SESSION LAWS 1967, PAGE 410, AUTHORIZES A SCHOOL DISTRICT AND COUNTY BOARD OF HEALTH TO ENTER INTO AN AGREEMENT STIPULATING SERVICES TO BE PROVIDED TO THE SCHOOL DISTRICT THROUGH A COMMUNITY GUIDANCE AND MENTAL HEALTH PROGRAM AND FIXING THE AMOUNT OF FUNDS TO BE PAID FOR SUCH SERVICES. CITE: 70 O.S. 1961 1-3 [70-1-3], 70 O.S. 1961 4-22 [70-4-22] (PENN LERBLANCE)